JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GABRIEL RIO SOSA, | CASE NO. CV 12-6073-JLS (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| RON BARNES, WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 18, 2018.



JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Sosa Judgment reopened.wpd